STATEMENT OF OFFENSE

Department of Homeland Security ("DHS"), Homeland Security Investigations Washington, D.C. ("HSI DC"), Child Exploitation Group ("CEG") Special Agents ("SA") have been monitoring various websites to identify individuals sexually exploiting children.  Website A[1] is a website known to law enforcement that has members actively sexually exploiting children. Specifically, HSI DC CEG agents, acting in an undercover capacity, have identified and been in contact with an individual using that Website to locate a child to sexually abuse. The individual was using the online moniker of "pervyguy80," and has been fully identified as set forth herein as Jan ASTAPHAN ("ASTAPHAN"), a Dominican National who is present in the United States on a G-visa.  ASTAPHAN agreed to pay an alleged Child Sex Trafficking Company ("CSTC") $300 to engage in anal sex with an 11-year-old child on January 29, 2019 in Washington, DC.

**A. Background**

In or about February 2018, HSI agents accessed Website A and identified an account, "pervyguy80," (herein "ASTAPHAN") that stated in his public profile, in part:

Headline:    Perv looking for friends or more

  Perv into bareback, younger, anal fun

HIV Status:    Negative – On PReP[2]

---

[1] I know the name of Website A, but in the interest of protecting ongoing investigations involving this website, I do not list it here.

[2] "PReP" or "PrEP" stands for Pre-Exposure Prophylaxis and is for people at very high risk for HIV and take HIV medicines daily to lower their chances of getting infected.  PrEP can stop HIV from taking hold and spreading throughout your body.

1

    Tags:        Bareback, Perv, Taboo, yng³

    City:         Baltimore

ASTAPHAN provided approximately five photographs of himself in his profile.

Additionally, in or about February 2018, agents used publicly available search engines to query the Website A username "pervyguy80." The query identified the screen name "pervyguy80" as a user on Website B.⁴ Agents observed the following information on ASTAPHAN'S Website B profile page, in part:

    Birthday:      06/11/1980

    Location:      Baltimore, Maryland

    HIV Status:    Neg – On PReP

    Background:   From the Caribbean, very perv guy who likes taboo.

    Looking For:  Looking for younger, or perv bf

                       Range teen to 40

Additionally, provided on ASTAPHAN's Website B publicly available profile page is an area that provides the user's past activity on the site, i.e. their postings in the message board area of Website B. The following is a summary of ASTAPHAN's past activity as seen on his profile page:

    Thread Title:  perv/taboo chat

---

³ "Yng" is an acronym for "young." Based on the undercover agent's training and experience individuals with a sexual interest in children will use "yng" to express to others that they are interested in minor children.

⁴ I know the name of Website B, but in the interest of protecting ongoing investigations involving this website, I do not list it here.

Post: Updating my info new Kik:[5] Kinkygayperv and Wickr:[6] Pervpigdaddy I am into younger, vyng, incest.

Date: January 28

Thread Title: perv/taboo chat

Post: Pervydom on kik into young, bb, incest

Date: September 14, 2015

Thread Title: Where did you get (or give) your last load?

Post: Spent holiday weekend making my younger cousin into a gay for pay bottom. Even surprised I pulled it off

Date: September 13, 2015

Based on the undercover agent's ("UCA") training and experience, when ASTAPHAN stated he was into "vyng," he was relaying to individuals on Website B that he was sexually interested in minor children.

**B. Communications and Investigation of ASTAPHAN**

Beginning in February 2018, a HSI UCA began communicating with ASTAPHAN on multiple platforms, including text messaging, and using multiple UC accounts, a UC pedophile account and a UC child sex trafficking account. The UC pedophile account was employed to build credibility for the alleged child sex trafficking company. Between February 2018 and

---

[5] "KIK" is a free mobile messaging application that allows users to exchange messages, either in a group or individually, as well as exchange content such as images and videos.

[6] "Wickr" is social media application that allows users to set an expiration time for the encrypted communications.

January 2019, the UCA and ASTAPHAN discussed their sexual interest in children, past sexual experiences with children, and the prospects of engaging in sex with minor children in the Washington, D.C. area through a child sex trafficking company ("CSTC"), which in reality is fictitious and is controlled by the same HSI UCA.

Prior to ASTAPHAN admitting to the UC pedophile account that he was sexually interested in children, ASTAPHAN talked in general terms about his sexual encounters with adults. From the UC pedophile account, the HSI UCA told ASTAPHAN that he was not interested in sex with adults and that he did not think the two of them were talking about the same types of activities. ASTAPHAN then responded by stating he is sexually interested in children. Additionally, ASTAPHAN stated that his most desirable age group he was sexually interested in were boys between the ages of 9 and 13 years old. During these chats, ASTAPHAN admitted he has engaged in sex with minors in the past by meeting them on the social networking and dating application "Grindr." [7] The following is an excerpt of that messaging chat exchange:

| Participant Name: | Date: | Message: |
|---|---|---|
| ASTAPHAN | March 16, 2018 | We need to plan a weekend of fun or just meet each other. |
| UCA | March 16, 2018 | What kind of perv u interested in getting into? |
| ASTAPHAN | March 16, 2018 | Tbh I like rawing fucking some teens or some 18 yo |
| UCA | March 17, 2018 | U name the age I'm down |

---

[7] Grindr is a geosocial networking mobile app geared towards gay and bisexual men, designed to help them meet other men in their area. It runs on iOS and Android and is available for download from the Apple App Store and Google Play, Grindr comes in both free and subscription-based versions.

| ASTAPHAN | April 3, 2018 | Let's meet one weekend spend time hitting up Grindr. I may have a boy that it 22 and 18 yo |
| --- | --- | --- |
| ASTAPHAN | April 4, 2018 | Hey how are you doing |
| UCA | April 4, 2018 | Good. U? |
| ASTAPHAN | April 4, 2018 | Following up on when you are usually free |
| UCA | April 4, 2018 | Would love to perv with ya but think we r talking about different type of perving. Just my interests are a bit different than most and def dif than 20 yo dudes. |
| ASTAPHAN | April 4, 2018 | Oh meaning you are into younger than that.<br><br>I am but those are harder to find at times. |
| UCA | April 4, 2018 | Yeah ynger than 18. I apologize if that offends u. Not what I want to do at all. |
| ASTAPHAN | April 4, 2018 | Oh no it doesn't<br><br>I get those so infrequently. There are more extreme stuff I am into that I can talk on wickr about. |
| ASTAPHAN | April 4, 2018 | I am into younger, I think I probably spoke about wanting a perv bf or sub who would want to raise their own but that is my most extreme interest.<br><br>Not sure if you are only into teens, pre or whatever. |
| UCA | April 4, 2018 | I'm into most everything from 15 and below. |
| ASTAPHAN | April 4, 2018 | 15 and younger I would wish for a slave boy from 12-15 |
| UCA | April 4, 2018 | Shout at me tomorrow. |

5

| ASTAPHAN | April 4, 2018 | Ok. Then we are compatible. |
| --- | --- | --- |
| UCA | April 9, 2018 | I feel bad. Feel like I got u into this and not what u really want. Am I wrong? |
| ASTAPHAN | April 9, 2018 | Tbh I am and I have done teens but only around 13. You didn't get me into stuff. I fuck a family member to test my pervert side at times but he is older.<br><br>But like I said before I somewhat speak in tongues because I don't like writing too much stuff online and prefer meeting face to face. |
| ASTAPHAN | April 9, 2018 | And Grindr is hit or miss soon getting 13-15 but ideal aoa[8] is 9-13 |

In July 2018, the UC, using the pedophile account, told ASTAPHAN that another individual who also has a sexual interest in children was coming to the Washington, D.C. area to attend a child sex party. While discussing the party, the UCA provided ASTAPHAN the UCA's Wickr account used by the UC CSTC.

On July 29, 2018, ASTAPHAN contacted the UC CSTC inquiring about the alleged child sex party that he was told about by the UCA using the pedophile account. The UC CSTC told ASTAPHAN what the parties consisted of, and they were not normal type of parties. ASTAPHAN told the UC CSTC that he understood what type of parties these were and that he was interested in sex without condoms, also known as "bareback" sex, boys in speedos, boys between the ages of 10 and 13 years old, and a child who could "bottom," i.e., be anally

---

[8] "AOA" is an acronym for "age of attraction."

6

penetrated. The UC CSTC provided ASTAPHAN a price guide brochure[9] for the party. ASTAPHAN responded that he did not need any of the options including a hotel since he lives in the commuting area. ASTAPHAN and the UC CSTC agreed that ASTAPHAN could reserve a package that provides dinner, drinks, and sex with a child for $250. The following is a summary of the chats between ASTAPHAN and the UC CSTC on Wickr:

| Participant Name: | Date: | Message: |
|---|---|---|
| ASTAPHAN | July 29, 2018 | Hey, I heard about from [UCA's screen name, redacted herein] |
| UC CSTC | July 19, 2018 | Are you wanting to come to party? What can I do for you? |
| ASTAPHAN | July 30, 2018 | Yeah I would want to come to the party. |
| UC CSTC | July 30, 2018 | Has [UCA] told you what type of partys these are? |
| ASTAPHAN | July 30, 2018 | Yes usually into bareback, boys in briefs or Speedos. Ideally into teens. Do I specify age? |
| UC CSTC | July 30, 2018 | BB is fine. Do you plan on sex with model? You specify floor.[10] Our models range from 7th floor to 15th floor. Our partys are discreet sex partys. |
| ASTAPHAN | July 30, 2018 | My ideal is 11 to 14 yes on sex are there other services and they are bottom? |
| UC CSTC | July 30, 2018 | Other services? What are you looking for? |

---

[9] The brochure is a UC created price guide. It consists of four options ranging in price from $500 to $2955. Each option has various amenities and tours that the purchasing individual believes they will get to participate in. All options include engaging in sexual acts with a minor child.

[10] "Floor" is a code used between the CSTC and ASTAPHAN to refer to the age of the child.

7

| ASTAPHAN | July 30, 2018 | Tbh my interest more focus on kissing, rimming felching and bareback sex. |
| --- | --- | --- |
| UC CSTC | July 30, 2018 | Clients can kiss and do all you request. |
| ASTAPHAN | July 30, 2018 | Oh by the way this would be for a boy |
| ASTAPHAN | July 31, 2018 | When is the next party? |
| UC CSTC | July 31, 2018 | We have party August 23-24-25.  We offer packages that have hotel party and activity with it. |
| ASTAPHAN | July 31, 2018 | I am 1 hour away from DC. |
| UC CSTC | August 1, 2018 | *The UC CSTC sent ASTAPHAN a price guide for various party packages that included sex with minor children.* |
| ASTAPHAN | August 1, 2018 | Ok, since this is my first time I probably would seek the one night but in the future may desire trying other options<br><br>Also What type of models are available in the 10 to 13 |
| UC CSTC | August 1, 2018 | We have several models 10-13.  Would you like to reserve 10th floor model? |
| ASTAPHAN | August 2, 2018 | Yes |

Between August 2018 and January 2019, ASTAPHAN continually contacted the UCA's pedophile account about the UC CSTC.  Additionally, ASTAPHAN contacted the UC CSTC on multiple occasions asking for information about upcoming child sex parties.

In December 2018, the UC CSTC informed ASTAPHAN that the company and the children were in Los Angeles for New Year's Eve but will be back to the Washington, D.C. area

in January 2019. ASTAPHAN asked that he be told when the UC CSTC arrives back to the Washington, D.C. area.

In January 2019, the UC CSTC informed ASTAPHAN they were back in Washington, D.C. and the company would not have "parties" any longer due to the immigration policy in the United States and were unable to have new models travel to the United States. Instead of child sex parties, the UC CSTC would host "date nights;" nights in which clients can engage in various sex chosen by the client with a minor during a one-hour block.

On January 15, 2019, the UC CSTC provided ASTAPHAN approximately five different dates that the UC USTC would make children available for sex, indicating different dates for the availability of particular young girls and young boys. ASTAPHAN responded by choosing January 29, 2019, the first day that minor male children were being offered for sex to clients. ASTAPHAN stated he wanted to engage in anal sex with a male child between the ages of 11 and 13 years old.

On January 17, 2019, the UC CSTC provided ASTAPHAN a range in prices for engaging in sex with minors for one hour. The prices ranged from $150 - $375 depending on the time of day of the meet and the type of sexual acts in which the client preferred to engage with the minor boy. The price to engage in sex with a minor was cheaper if the client chose earlier times in the day to meet the child. As the times got later into the evening, the more "in demand" times, the cost was greater. The following is a summary of the chats between ASTAPHAN and the UC CSTC on Wickr.

| Participant Name: | Date: | Message: |
| --- | --- | --- |
| ASTAPHAN | December 11, 2018 | Hey any events haven't heard from you guys since September fell thru |

| UC CSTC | December 13, 2018 | Sorry for such long delay. Our company has not been able to get new models into America. We still have a few models working if you still like date. |
| --- | --- | --- |
| ASTAPHAN | December 22, 2018 | Hey I spoke with [UCA] and you may have something available for DC area or not. |
| UC CSTC | December 24, 2018 | Yes we have models in DC in January. Which model and floor did you want to see? |
| ASTAPHAN | December 25, 2018 | B floor 11[11] |
| UC CSTC | December 25, 2018 | Ok. Good. We have b on floor you like. |
| ASTAPHAN | December 27, 2018 | Ok get back to me on an estimated time so I know to block it off. |
| UC CSTC | January 12, 2019 | Clients we and are models are back on east coast. We now offer date nights because we no have enough models for big party. Date nights are for 1 hour dates. |
| ASTAPHAN | January 12, 2019 | Only available Saturday next week? |
| UC CSTC | January 12, 2019 | No. Saturday first day back for models working. |
| UC CSTC | January 15, 2019 | Our schedule is follow. Saturday 19 – girl models Tuesday 22 – girls Wednesday 23 – girls Tuesday 29 – boy models Wednesday 30 – boy models These are dates for date night with model. We have 4 female models working between the 11 and 16 floors and 5 boy models working on 9 to 15 floors. |
| ASTAPHAN | January 15, 2019 | What times are available on Tuesday 11-13 floors. |

---

[11] Based on the code used, the UCA understood this to mean an 11-year-old boy.

| | | | Tuesday 29th b |
|---|---|---|---|
| UC CSTC | January 15, 2019 | | We have no reservations for that day yet. We have 1 model on floor you request. Model is 11 floor. Other models are 9 14 15 floors. |
| ASTAPHAN | January 15, 2019 | | I will most likely need a time at evening as your hotel location will determine my availability.<br><br>Bareback bottom as well. 11/14 are fine with me. |
| ASTAPHAN | January 17, 2019 | | Is around 7 pm open? |
| UC CSTC | January 17, 2019 | | 7 is open for date with model on 11 floor. Price for 7 is donation[12] of $300. Donation for times are<br>2-3 150<br>3-4 150<br>4-5 175<br>5-6 200<br>6-7 300<br>7-8 325<br>8-1am 350<br>Please confirm all is ok and we reserve your time and model. |
| UC CSTC | January 18, 2019 | | We have clients asking about Tuesday date night. We no hear from you to confirm you time and price. |
| ASTAPHAN | January 18, 2019 | | What is available for 7 pm. My apologies I forgot to reply promptly. |
| UC CSTC | January 18, 2019 | | We still have model on 11 floor at 7 like you wanted. Price for model to bottom is donation of $325. 1 hour.[13] |
| ASTAPHAN | January 18, 2019 | | Ok confirm at 7 pm for 11th floor Tuesday |

---

[12] "Donation" is slang, or code, to mean payment.

[13] The UCA understood this to mean that at 7 p.m. an 11-year-old boy was available for one hour to be anally penetrated for the cost of $325.

11

Between on or about January 23 through January 28, 2019, ASTAPHAN chatted with the UC pedophile account and acknowledged his sexual attraction to minor children and the fact the he knew the illegality of such acts. The following is a summary of the chats between ASTAPHAN and the UC from his pedophile account:

| Participant: | Date: | Message: |
|---|---|---|
| ASTAPHAN | 01/23/2019 | Work and being a nervous wreck will make me fat. How did you get over your own nervous behavior Well with meeting these people for your first time |
| UCA | 01/23/2019 | I got introduced by an old timer me 1st. I knew he was ok. I don't want you to be all stressed out. That ain't fun. |
| ASTAPHAN | 01/23/2019 | Ah but you at least met him ahead of time. Imagine from my side lol. |
| UCA | 01/23/2019 | I met Paul on tribe.[14] I never met him before the night of the party. Do you not want to go? I mean don't feel like you have to. I told u that way back when we met online. It's a good time. Bit def a different type of fun. |
| ASTAPHAN | 01/23/2019 | Yeah you did. Sometimes I am just over thinking. From entrap ment to mini rollarcoaster. |
| UCA | 01/23/2019 | I'm not fbi obviously so I'm not entrapping u. I want to have a good time. All I'm looking for. |

---

[14] Tribe was a publicly available website, www.tribe.net, that permitted users to post, store, and share images of children being sexually exploited. Tribe has since been taken offline.

| | | |
|---|---|---|
| ASTAPHAN | 01/23/2019 | No matter what I do now which age I go after from older to yung I always am drawn back to yung. Although I have play with all ages. |

On or about January 28, 2019, the UC CSTC messaged ASTAPHAN and provided the exact hotel and address that the alleged sexual encounter with the child would be taking place and to arrive early to make the "donation." ASTAPHAN asked the UC CSTC what time was considered early, and he was told 6:45 p.m. ASTAPHAN confirmed.

On January 29, 2019, ASTAPHAN messaged the UC at his pedophile account and discussed the possibility of changing their reservation from 7:00 p.m. to 5:00-6:00 p.m. due to government workers being granted a two-hour early dismissal from work in the Washington, D.C. area due to inclement weather. During this chat, ASTAPHAN and the UC, using the pedophile account, discussed the availability of earlier times with the UC CSTC. The following is a summary of the chats between ASTAPHAN and both of the UCA accounts, the UC pedophile account and the UC CSTC account:

| Participant: | Date: | Message: |
|---|---|---|
| ASTAPHAN | 01/29/2018 | What time are you planning on arriving<br>Hmm. Government is releasing workers early today |
| UCA | 01/29/2019 | They said to show up early so I guess 630 645 or so.<br>I thought the government workers was back to work after this weekend. Hows that affect us any? Am I missing something? |
| ASTAPHAN | 01/29/2019 | Weather |

13

| UCA | 01/29/2019 | What time u getr off work? We can always see what's available to move it up. What time u thinking. U text them or me? |
|---|---|---|
| ASTAPHAN | 01/29/2019 | Well I probably could get out around 5 or 6. |
| UC CSTC to ASTAPHAN | 01/29/2019 | [UCA] wants to know if you two can change reservation time. Maybe 5 or 6 instead of 7. We have 5 available but no have 6 available. I don't change unless you say |
| UCA to ASTAPHAN | 01/29/2019 | I messaged them and they said 5 is open. But couldn't do 6. |
| ASTAPHAN to UC CSTC | 01/29/2019 | I can make 5 pm The donation amount change with time? |
| UC CSTC to ASTAPHAN | 01/29/2019 | It's 300 donation for full sex with model for this time. Both model to bottom and suck. If you want just suck it's less donation. |
| ASTAPHAN to UCA | 01/29/2019 | Do I meet with you before or at the place? I messaged them as well asking for 5 pm. |
| UCA | 01/29/2019 | Let's meet in the lobby and wait for them. |

On January 29, 2019, HSI Washington, D.C. child exploitation group conducted an undercover operation at the hotel location at which ASTAPHAN had planned to meet the child sex trafficking company to engage in sexual activity with an 11-year-old boy at 5:00 p.m. At approximately 4:26 p.m., ASTAPHAN texted the UCA and said he was about 10 minutes away from the hotel. The UCA was already sitting in the lobby of the hotel and told ASTAPHAN that he could be recognized by the length of this beard. As ASTAPHAN entered the hotel at

14

approximately 4:37 p.m, he walked over to the UCA and introduced himself as "Yan," the name he used when speaking the UCA during the chats.

ASTAPHAN and the UCA spoke on the couch while the two waited for the other HSI UCA who was playing the role of the representative of the CSTC. At approximately 4:39 p.m, the UCA playing the role of the representative of the CSTC walked in and introduced herself the the UCA playing a pedophile and ASTAPHAN. She requested that both ASTAPHAN and the UC pedophile follow her to a more private area of the lobby. The UC CSTC representative discussed what activity was not permitted with the models, to include urination and defecation or striking or hitting of the children by clients. The UC CSTC representative stated she wanted to make sure the UC pedophile and ASTAPHAN were sent to the correct rooms. The UC CSTC asked the UC pedophile what child and service he "ordered" from the UC CSTC. The UC pedophile stated he asked for a 9-year-old child. The UC CSTC representative stated the "donation" would be $300 and that client could perform both oral and anal sex were for that price. The UC pedophile stated he wanted both and handed the UC CSTC representative $300.

The UC CSTC asked ASTAPHAN what child he ordered. ASTAPHAN stated he asked for an 11-year-old child. The UC CSTC asked what did he want to do with the child and ASTAPHAN stated "both." The UC CSTC confirmed if ASTAPHAN wanted to pay to perform both oral and anal sex on the child, and ASTAPHAN stated "yes" and handed the UC CSTC a while envelope. The UC CSTC opened the envelope observed the money inside.

At this time, the UC CSTC signaled to the HSI arrest team that the transaction was complete, and she told the UC pedophile and ASTAPHAN that she had to go to the hotel rooms to see if the children were ready. She indicated she would be back to the lobby shortly. As the UC CSTC representative left the area the UC pedophile asked ASTAPHAN if he was excited.

15

ASTAPHAN stated he was. The UC pedophile asked ASTAPHAN if he had done this before and ASTAPHAN stated, "to be honest I have." At that time, ASTAPHAN and the UC pedophile were taken into custody.

During the search of ASTAPHAN at the hotel, HSI agents found and seized the following items:

1. Black Cock Ring
2. Spray Lubrication
3. Jungle Juice Platinum Odorizer[15]
4. OnePlus Cell Phone

HSI agents also entered into evidence the white envelope containing $300 cash handed to the UC CSTC during the transaction.

ASTAPHAN was subsequently transported by Metropolitan Police Department of the District of Columbia (MPDC) uniformed officers to the First District station for further processing.

On January 29, 2019, at approximately 5:50 p.m., ASTAPHAN was escorted from a holding cell to an interview room, where HSI Special Agents s J. Collins and R. Abruzzese introduced themselves to ASTAPHAN, advised ASTAPHAN that he was under arrest, and collected basic biographical and booking data from ASTAPHAN. ASTAPHAN identified himself as Raymond Jan Sheldon Christopher Astaphan. At approximately 6:12 p.m., ASTAPHAN was read his *Miranda* warnings in the English language from a pre-printed form.

---

[15] Jungle Juice Platinum Odorizer is believed to a sexual enhancing drug that belongs to the nitrate family and also known by their street name, "poppers." However, agents have not tested the substance or looked further into its contents.

ASTAPHAN indicated he understood each of his rights and invoked his right to have an attorney present during questioning.

### C. Prior Identification of ASTAPHAN by HSI.

Identifying information learned by HSI at booking of ASTAPHAN corresponded to that learned during its investigation into ASTAPHAN. That investigation yielded the following information:

On or about July 31, 2018, the UCA issued a summons on Kik Interactive for subscriber information an IP logs for the username "kinkygayperv." On or about August 1, 2018, Kik Interactive provided the following/ information in their return:

First Name:    K

Last Name:    Gperv

Email:    pervsadodom@gmail.com

Registration:    2017/12/06

IP Address:    73.87.80.6[16]

On or about August 2, 2018, the UCA issued a summons on Comcast for subscriber information for IP address 73.87.80.6[17] that Kik Interactive provided, as list above. On or August 6, 2018, Comcast provided the following information in their return:

Subscriber Name:    Jan Astaphan

Service Address:

Subscriber Phone:

---

[16] It should be noted that Kik Interactive provided numerous IP logs, not just the one that is listed above.

[17] It should be noted that the UCA requested subscriber information for approximately three other IP addresses and Comcast could not provide any information due to the IP addresses being assigned to Xfinity WIFI.

E-mail User Ids:    jastaphan@comcast.net

On August 3, 2018, SA Jeff Collins issued a summons on T-Mobile, the owner of the telephone number, (XXX) XXX-XXXX, that ASTAPHAN used to message the UC pedophile account. On or about August 6, 2018, T-Mobile provided the following information in their return:

Subscriber Name:    Jan Astaphan

Subscriber Address:

Activation Date:    11/26/2008

In August 2018, HSI agents conducted law enforcement queries of ASTAPHAN in various databases, one being the Department of Motor Vehicles ("DMV"). When comparing the photograph provided by the DMV and the photographs that are on "pervyguy80's" profile page on Website A, it appears ASTAPHAN is the same individual as "pervyguy80."

Respectfully submitted,

_____
Jeffrey Collins
Special Agent
HIS

Subscribed and sworn to before me
on this _____ day of January, 2019.

_____
DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE