

**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Detention Center*

Office of the Warden

P.O. Box 13901
Seattle, Washington 98198-1091

February 7, 2020

Honorable G. Michael Harvey
U.S. Magistrate Judge
E. Barrett Prettyman U.S. Cthse
333 Constitution Ave. NW
Washington, DC 20001-2866

RE: Astaphan, Jan
    Reg. No.: 98940-007
    Case No.: 1:19-mj-00020-GMH

LET THIS BE FILED
G. Michael Harvey
2/7/20

Dear Judge Harvey:

In accordance with your court order dated October 24, 2019, Mr. Astaphan was committed to the Federal Detention Center, SeaTac, Washington, for a period of study to determine his criminal responsibility.

On January 2, 2020, you granted a request for the evaluation to begin on December 17, 2019, with the report submitted by February 14, 2020. Due to the amount of records that must be reviewed, we are now requesting a 30-day extension. If you concur, the report will be submitted to you no later than March 15, 2020. If the Court has questions or comments regarding the evaluation, please contact Cynthia A. Low, Ph.D., Forensic Unit Psychologist, at (206) 870-5795.

Sincerely,

I. Jacquez
Warden

cc: Amy Larson, AUSA
    Edward Leyden, Defense Attorney